IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   ALLISON J. FORGUSON, | : | |
|     Debtor | : | CASE NO. 1:19-bk-05173-HWV |
| | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of James K. Jones, Esquire, on behalf of Mette, Evans and Woodside, as attorney of record for Debtor in this matter.

Date: December 23, 2024                                      METTE, EVANS & WOODSIDE

                                                                              /s/ James K. Jones

    Kindly enter the appearance of Kara K. Gendron, Esquire, on behalf of Mott & Gendron Law, as attorney of record for Debtor in this matter.

Date:                                                            MOTT & GENDRON LAW

                                                                       /s/ Kara K. Gendron